# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-00666-RB/SCY |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES BUREAU OF | ) | |
| RECLAMATION, UNITED STATES | ) | |
| ARMY CORPS OF ENGINEERS, | ) | |
| | ) | |
| Federal Defendants, . | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MIDDLE RIO GRANDE CONSERVANCY | ) | |
| DISTRICT, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO STAY

This matter comes before the Court on the parties' Joint Motion to Stay of December 9, 2016.  ECF Doc. No. 90.  Being fully advised in the premises, the Court hereby grants the motion and stays this case until February 15, 2017.   The parties shall file a Joint Status Report on or before that date setting out their positions as to (1) the appropriate future course of this litigation in light of the issuance of the December 2, 2016 Biological Opinion and (2) the appropriate modifications, if any, to the pending record motion.

_____
UNITED STATES DISTRICT JUDGE