IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-00666-RB/SCY |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES BUREAU OF ) | |
| RECLAMATION, UNITED STATES ) | |
| ARMY CORPS OF ENGINEERS, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| MIDDLE RIO GRANDE CONSERVANCY ) | |
| DISTRICT, ) | |
| ) | |
| Intervenor-Defendant. ) | |
| _____) | |

**STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

The parties to this case hereby stipulate, through the undersigned counsel, that the First Claim for Relief, the Third Claim for Relief, and the Fourth Claim for Relief in Plaintiff's Third Amended Complaint (ECF Doc. No. 66) shall be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each of these claims are claims against Defendant U.S. Bureau of Reclamation. In an Order of September 23, 2015, this Court previously dismissed Plaintiff WildEarth Guardians' Second Claim for Relief against Defendant U.S. Bureau of Reclamation as non-justiciable at that time. ECF Doc. No. 70.

The remaining claims in this lawsuit, after the dismissal of the claims identified in the paragraph above are all the claims against Defendant U.S. Army Corps of Engineers: the Fifth Claim for Relief, the Sixth Claim for Relief, and the Seventh Claim for Relief.

In light of the fact that there are no remaining claims against the U.S. Bureau of Reclamation in this lawsuit, the parties agree that Defendant U.S. Bureau of Reclamation should be dismissed from this action.

Dated: March 1, 2017


_____/s/  Steven Sugarman_____
STEVEN C. SUGARMAN
347 County Road 55A
Cerrillos, New Mexico  87010
(505) 672-5082

*Attorney for Plaintiff Wild Earth Guardians*


JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

   */s/ Andrew A. Smith_____* .
ANDREW A. SMITH
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
Fax: (505) 346-7205

   */s/ Barclay T. Samford_____* .
BARCLAY T. SAMFORD
Senior Trial Attorney

U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202


Phone: (303) 844-1475
Fax: (303) 844-1350

*Attorneys for Federal Defendants*



LAW & RESOURCE PLANNING ASSOCIATES,
*A Professional Corporation*


By:   *s/Charles T. DuMars*
      Charles T. DuMars
      Tanya L. Scott
      Attorneys for Defendant-Intervenor MRGCD
      Albuquerque Plaza, 201 Third Street NW, Ste. 1750
      Albuquerque, NM  87102
      (505) 346-0998 / Facsimile (505) 346-0997

*Attorneys for Defendant-Intervenor Middle Rio Grande*
    *Conservancy District*