IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WILDEARTH GUARDIANS**,

    Plaintiff,

v.                                                                     No. CV 14-0666 RB/SCY

**UNITED STATES ARMY CORPS
OF ENGINEERS**,

    Federal Defendant,

    and

**MIDDLE RIO GRANDE
CONSERVANCY DISTRICT**,

    Intervenor-Defendant.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Orders denying petitioner-plaintiff WildEarth Guardians's *Olenhouse* motion. (Docs. 139, 140.)

**IT IS ORDERED** that WildEarth Guardians's complaint/petition for review and *Olenhouse* motion are **denied**, and WildEarth Guardians's counts are **dismissed with prejudice**.

_____
**ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE**